JULIUS BRUMBERGER et al., Respondents, v. SARAH W. SIMON, Appellant, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 889.]

JERRY P. SULLIVAN, Appellant, v. EUGENE L. GAREY et al., Respondents.— Order unanimously modified so as to provide that the trial of the action be stayed until the October, 1944, term, without prejudice to a renewal of the motion if there has been no change of circumstances, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ARTHUR M. TIBER, Respondent, v. CECIL B. TIBER, Appellant.— Order unanimously modified by denying plaintiff's motion to suspend the payment of five dollars weekly alimony, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of CIVIL SERVICE TECHNICAL GUILD et al., Appellants, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion. [181 Misc. 492.]

TERMINAL CLEANING CONTRACTORS, INC., Plaintiff, v. DOME TRADING CORPORATION, Defendant. (Action No. 1.) DOME TRADING CORPORATION, Appellant, v. TERMINAL CLEANING CONTRACTORS, INC., et al., Respondents. (Action No. 2.) — Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of ANN HAVENDER, Appellant, to Test the Legality of an Election of Officers of the TEXAS CLUB OF NEW YORK CITY. HELGA BAKER et al., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 989.] [See *post*, p. 901.]

E. BONELLI & Co., INC., Respondent, v. CRAWFORD CLOTHES, INC., Defendant, and JOSEPH LEVY CLOTHING MANUFACTURING Co., INC., Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of CECILIA F. KELLY, Respondent, against TEACHERS' RETIREMENT BOARD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.